**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV12-10195 JAK (Ex) | Date | December 11, 2012 |
|---|---|---|---|
| Title | U.S. Bank National Association v. John L. Fisher, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER REMANDING CASE JS-6**

On July 6, 2012, Plaintiff U.S. Bank National Association ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of Los Angeles, against John Fisher and Tanya Franklin ("Defendants"). On August 29, 2012, Defendants removed the action to this Court. *See* No. LA CV12-07454 JAK (Ex). On October 5, 2012, the Court remanded the case. Dkt. 10.

On November 29, 2012, in what appears to have been an act inconsistent with this Court's October 5 Order, Defendants removed the above-titled action to this Court a second time. There was no basis to do so given this Court's prior ruling on the same issue in the same case. Indeed, under these circumstances, the removal was void ab initio. Accordingly, because this matter was previously remanded pursuant to this Court's October 5, 2012 Order, Dkt. 10, No. LA CV12-07454 JAK (Ex), it is a matter that remains subject to the jurisdiction of the Superior Court of California, County of Los Angeles, Long Beach Courthouse, Case No. 12U01920.

Plaintiff's Ex Parte Application seeking to remand the action to the Los Angeles Superior Court is moot. Dkt. 6-8.

**IT IS SO ORDERED.**

:

Initials of Preparer    ak